IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                              )
                                    )
JAMES & SHIRLEY COX,                )        Case No. 04-20720-rdb
                                    )
        Debtors.                    )
_____)

## AMENDED PLAN

Debtors hereby amend their plan as follows:

*Equitable Lien of Countrywide:*

In light of the Court's Judgment of June 19, 2009, Countrywide is granted an equitable lien against Debtors' homestead. Debtors' amended plan will recognize that Countrywide has an equitable lien and may retain its lien in the principal amount of $104,182.92 (accrued as of the date of the bankruptcy filing of March 3, 2004, based on the proof of claim), plus interest at the Kansas judgment rate of 6% through the effective date of the confirmed plan; thereafter, Debtors shall make monthly payments of principal and interest to Countrywide, directly to Countrywide, based on a 15 year amortization of the debt payable at 5% interest, plus Debtors will pay insurance and real estate taxes. Debtors hereby withdraw their objection to Countrywide's secured proof of claim; Countrywide shall be entitled to be paid its arrearage based on its proof of claim out of the funds the Trustee has on hand. Countrywide shall not be entitled to foreclose its equitable lien so long as Debtors remain current on monthly payments and taxes and insurance. Debtors reserve the right to negotiate with Countrywide outside the plan and without any necessity of court approval a possible loan modification to reinstate the mortgage on conventional mortgage terms.

*Funds Held by Chapter 13 Trustee:* The Debtors have paid all plan payments required

by 11 U.S.C. §§ 1322 and 1325; the Trustee has accumulated approximately $33,000 from plan payments; upon confirmation, the Trustee shall distribute the funds in accordance with 11 U.S.C. §§ 1322 and 1325, to administrative expenses, including the trustee's fees and allowed attorney fees; to the secured arrearage claim of Countrywide; to any allowed priority claim; the balance, if any, pro rata to allowed claims of general unsecured creditors.

All other provisions of the originally filed plan remain the same.

*Respectfully submitted,*

**GRIMES & REBEIN, L.C.**

By: s/ Cynthia F. Grimes
Cynthia F. Grimes, KS #12075 MO #38917
15301 West 87th Street Pkwy., Suite 200
Lenexa, Kansas 66219
(913) 888-4800 - telephone
(913) 888-0570 - facsimile

**ATTORNEYS FOR DEBTORS**